UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TUNG HUY NGUYEN,

Petitioner,

v.

D. MARIN, et al.,

Respondents.

No. 5:26-cv-01130-JFW-MAR

**ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION TO DISSOLVE THE REMOVAL BAR AS TO PETITIONER TUNG HUY NGUYEN (A# 027-355-444)**

The Court, having considered Respondents' *ex parte* application to dissolve the removal bar as to Petitioner Tung Huy Nguyen (A# 027-355-444), the Declaration of Deportation Officer Kevin Le and exhibits thereto, and the record in this action, and finding good cause, hereby GRANTS the application and ORDERS as follows:

Paragraph 3 of the Court's March 12, 2026 Order (ECF 6), barring Respondents from removing Petitioners from the Central District of California prior to resolution of this matter, is hereby DISSOLVED as to Petitioner Tung Huy Nguyen (A# 027-355-444). Respondents may transfer Petitioner Tung Huy Nguyen out of the Central District of California and execute his final order of removal to Vietnam.

**IT IS SO ORDERED**.

Dated: November 2, 2026

Honorable John F. Walter
United States District Judge