UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TUNG HUY NGUYEN,

Petitioner,

v.

D. MARIN et al.,

Respondents.

Case No. 5:26-cv-01130-JFW-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition and (2) directing Judgment be entered dismissing this action.

Dated: November 16, 2026

HONORABLE JOHN F. WALTER
United States District Judge