JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG HUY NGUYEN,<br>Petitioner,<br>v.<br>D. MARIN et al.,<br>Respondents. | Case No. 5:26-cv-01130-JFW-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this Petition is **DENIED** and this action is **DISMISSED**.

Dated: November 16, 2026

HONORABLE JOHN F. WALTER
United States District Judge